IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PARIVASH KARIMI,

       Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE CO.;
CITIGROUP INC. LONG TERM
DISABILITY PLAN,

       Defendants.
_____/

No. C 13-01405 RS

**CASE MANAGEMENT
SCHEDULING ORDER**

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on July 18, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

    PRIVATE MEDIATION. The parties have agreed to participate in private mediation, to take place, ideally, within the next ninety (90) days.

    2.    DISCOVERY. On or before December 31, 2013, all discovery shall be completed by the parties.

3.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.    DISPOSITIVE MOTION BRIEFING SCHEDULE:

A.    On or before February 10, 2014, parties shall file their Opening Rule 52 Briefs.

B.    On or before March 3, 2014, parties shall file their Opposition Briefs.

C.    On or before March 16, 2014, parties shall file their Reply Briefs.

5.    TRIAL.  A bench trial shall commence on **April 14, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 7/18/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER